Daniel Loras Glynn/ISB #5113
TROUT JONES GLEDHILL FUHRMAN, P.A.
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, Idaho 83701
Telephone: 208-331-1170
Facsimile: 208-331-1529

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SRE-CHEAPTRIPS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN J. SYLVAIN, an individual, and MARKETING UNLIMITED, LLC,<br><br>Defendants. | Case No. 1:09-cv-00215-EJL<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants, Stephen J. Sylvain and Marketing Unlimited, LLC, move this Court for an Order Dismissing the instant action pursuant to Federal Rule of Civil Procedure 12(b)(1) on the basis that the filing of the Complaint by the Plaintiff, SRE-Cheap Trips, Inc., is in violation of the standstill agreement between the parties that litigation would not be commenced until 8 a.m. Eastern Standard Time on Friday, May 8, 2009.

This Motion is supported by the Affidavit of Counsel submitted concurrently herewith.

DATED This 1st day of June, 2009.

TROUT JONES GLEDHILL FUHRMAN PA

By: _____
Daniel Loras Glynn, Of the Firm
Attorneys for Defendants

DEFENDANTS' MOTION TO DISMISS, Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2009, I caused a true and correct copy of this document to be mailed, postage prepaid, to:

| Michael J. Kraynick<br>Attorney at Law<br>PO Box 157<br>Hailey, ID 83333 | ___ US Mail<br>✓ Facsimile   208-788-4143 |
|---|---|

Daniel Loras Glynn