Daniel Loras Glynn/ISB #5113
TROUT JONES GLEDHILL FUHRMAN, P.A.
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, Idaho  83701
Telephone:  208-331-1170
Facsimile:  208-331-1529

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

SRE-CHEAPTRIPS, INC.,

        Plaintiff,

vs.

STEPHEN J. SYLVAIN, an individual, and
MARKETING UNLIMITED, LLC,

        Defendants.

Case No. 1:09-cv-00215-EJL

**AFFIDAVIT OF COUNSEL IN
SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

STATE OF IDAHO      )
                    )ss.
County of ADA      )

I, Daniel Loras Glynn, being first duly sworn upon oath, depose and state as follows:

1.     I am the attorney of record for the Defendants Stephen J. Sylvain and Marketing Unlimited, LLC.

2.     Attached as **Exhibit "A"** is a true and correct copy of correspondence dated April 9, 2009, wherein counsel for the Plaintiff, Ed Clark, agreed that "to facilitate resolution" of the dispute between the parties, the parties would "mutually forego the filing of a suit in connection with this dispute until May 1, 2009, at 8 a.m. EST."

3.      Attached as **Exhibit "B"** is a true and correct copy of correspondence dated April 30, 2009 wherein counsel for the Plaintiff, Ed Clark, agreed that continue the standstill agreement between the parties until Friday, May 8, 2009 at 8 a.m. EST.

4.      As the record of these proceedings indicates, Plaintiff initiated this action by filing the Complaint at 7:06 a.m. EST in violation of the parties "standstill agreement" prohibiting the filing of an action before 8:00 a.m. EST.

5.      For this reason the Complaint must be dismissed.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED This 1st day of June, 2009.

_____
DANIEL LORAS GLYNN

SUBSCRIBED AND SWORN to before me this 1st day of June, 2009.

_____
NOTARY PUBLIC FOR IDAHO
Residing at:  Meridian, Idaho
My Commission Expires: 08/31/2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2009, I caused a true and correct copy of this document to be mailed, postage prepaid, to:

| | |
|---|---|
| Michael J. Kraynick<br>Attorney at Law<br>PO Box 157<br>Hailey, ID  83333 | ___ US Mail<br>_✓_ Facsimile   208-788-4143 |

_____
Daniel Loras Glynn

# LIPMAN KATZ&MCKEE
## ATTORNEYS AT LAW

SUMNER H. LIPMAN
DAVID M. LIPMAN
ROGER J. KATZ
ROBERT J. STOLT
KEITH R. VARNER
WALTER F. MCKEE
KAREN E. LIPMAN BOSTON
JAMES A. BILLINGS
MAURA R. GERRIN

April 9, 2009

**VIA EMAIL ONLY** svcheaptrips@gmail.com,
cheaptripscompliance@gmail.com

Edward Clark
Cheaptrips.com
PO Box 4500
Sun Valley, Idaho  83353-4500

RE:    Marketing Unlimited, LLC v. Cheaptrips.com/SRE-Cheaptrips.com

Dear Mr. Clark,

Thank you for your email.

In order to further facilitate resolution of this dispute, Marketing Unlimited, LLC is willing to mutually agree to forego the filing of suit in connection with this dispute until May 1, 2009 at 8:00 a.m. EST.

Please sign at the bottom indicating your agreement.

Thank you.

Sincerely,

Walter F. McKee
wmckee@lipmankatzmckee.com
WFM/rp

Cc: Stephen Sylvain

*Seen and Agreed to:*

Ed Clark

Title

227 Water St.  P.O. Box 1051
Augusta, Maine 04332-1051
207-622-3711  FAX 207-622-7415
1-800-660-3713  www.lipmankatzmckee.com



EXHIBIT

A

MAY-01-2009  07:31                                                                                    P.02/02

# LIPMAN KATZ&McKEE
## ATTORNEYS AT LAW

Sumner H. Lipman
David M. Lipman
Roger J. Katz
Robert J. Stolt
Keith R. Varner
Walter F. McKee
Karen E. Lipman
Boston
James A. Billings
Maura R. Gerrin

April 30, 2009

**VIA EMAIL and FAX**
208.726.8502
cheaptripscompliance@gmail.com

Edward Clark
Cheaptrips.com
PO Box 4500
Sun Valley, Idaho 83353-4500

RE:   Marketing Unlimited, LLC v. Cheaptrips.com/SRE-Cheaptrips.com

Dear Mr. Clark,

As previously discussed today, Marketing Unlimited, LLC is willing to mutually agree to forego the filing of suit in connection with this dispute for one week until May 8, 2009 at 8:00am EST.

Please sign at the bottom indicating your agreement and then promptly fax back to me at 207-622-7415.

Sincerely,

Maura R. Gerrin
mgerrin@lipmankatzmckee.com

Cc: Stephen Sylvain

*Seen and Agreed to by Cheaptrips.com authorized personnel:*

_____
**Signature**

_____
**Print Name and Title**

227 Water St. P.O. Box 1051
Augusta, Maine 04332-1051
207-622-3711  FAX 207-622-7415
1-800-660-3713  www.lipmankatzmckee.com

