Michael J. Kraynick, P.L.L.C.
Attorney at Law. ISB #3003
P.O. Box 157
113 E. Bullion Street, Ste A.
Hailey, ID 83333
208-788-4668
Fax-788-4143
Email: mkraynick@cox.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SRE-CHEAPTRIPS, INC. ) | Case No. 09-cv-00215 |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MEMORANDUM IN** |
| vs. ) | **SUPPORT OF MOTION TO** |
| ) | **SANCTION DEFENDANTS UNDER** |
| STEPHEN J. SYLVAIN, an individual, and ) | **LOCAL RULE 7.1(e)** |
| MARKETING UNLIMITED, LLC, ) | |
| ) | |
| Defendants. ) | |

COMES NOW SRE-Cheaptrips, Inc., hereinafter "Cheaptrips," by and through its attorney of record Michael J. Kraynick, and submits this memorandum in support of Plaintiff's motion to sanction defendants under *Dist. Idaho Loc. Civ. R.* 7.1 (e) for failing to file required responsive papers in connection with Plaintiff's cross-motion for injunctive relief under the first-to-file rule.

**INTRODUCTION**

1. This is the first-filed action in parallel proceedings underway in the federal courts of Idaho and Maine. Cheaptrips moved for dismissal, consolidation, or transfer of the Maine proceedings on June 23, 2009. Marketing Unlimited, LLC (hereinafter "MU") opposed the motion and cross-moved for injunctive relief restraining

Plaintiff from further participation in this lawsuit. The motions in the Maine action were referred and Magistrate Judge Margaret J. Kravchuk filed a *Recommended Decision* on August 21, 2009.

2. The Magistrate Judge recommended that the District Court in Maine defer ruling on the motions before it until the Idaho Court has an opportunity to rule on the motion pending in Idaho. If the Idaho Court denies the motion to dismiss and elects to proceed, Judge Kravchuk recommends that the case in Maine be dismissed. *Marketing Unlimited, LLC v. SRE-Cheaptrips, Inc. Case No. 1:09-cv-235-JAW, Document 18, p. 4.*

3. A true and accurate copy of said *Recommended Decision* was attached to *Defendants' Notice of Recommended Decision in Companion Proceedings* (filed by ECF Case No. 1:09-cv-215, Document No. 15) as Exhibit "A" and is hereby incorporated by reference.

4. No written objections to the Magistrate Judge's *Report and Recommended Decision* have been filed and the time for filing objections has passed. 28 U.S.C. § 636(b)(1).

5. The pending motions before this court in Idaho include MU's motion to dismiss and Cheaptrips' cross-motion for restraints under the first-to-file rule.

6. These motions have not proceeded according to schedule due to MU's repeated failures to comply with Local Rule 7.

7. MU filed its motion to dismiss on June 1, 2009 without a supporting brief in violation of *Dist. Idaho Loc. Civ. R. 7.1 (b)(1)*.

8. After prompting from Plaintiff's counsel, MU submitted a brief on July 8, 2009, approximately 12 days after the time for responding to a properly supported motion expired.

9. Cheaptrips timely filed papers in opposition to the brief supporting MU's motion to dismiss on July 27, 2009 and filed a cross-motion for injunctive relief restraining defendants from prosecuting the Maine action under the first-to-file rule.

10. Cheaptrips' cross-motion for injunctive relief was supported by a Memorandum of Law filed and served with the motion.

11. Under the Local Rules of Motion Practice, MU was required to file responsive papers within 21 days – on or before August 28, 2009.

12. To date MU has not filed any responsive papers in violation of *Dist. Idaho Loc. Civ. R.* 7.1 (c)(1).

## LEGAL ARGUMENT

### I.

### DEFENDANTS REPEATED FAILURE TO COMPLY WITH THE RULES OF MOTION PRACTICE SHOULD BE SANCTIONED UNDER LOCAL RULE 7.1(E).

Under the first filed rule, "[I]n all cases of federal competent jurisdiction, the court which first has possession of the subject must decide it." *E.E.O.C. v. Univ. of Pa.*, 850 F.2d 969, 970 (3rd Cir. 1988). The rule gives the first filed court "...[T]he power to enjoin the subsequent prosecution of proceedings involving the same parties and the same issues already before another court." *Id.* at 971.

In this case, as recognized by Magistrate Judge Kravchuck in Maine, it is clear that the Idaho Complaint was first filed and jurisdiction was first established here.

Cheaptrips' cross-motion asks *this* Court to apply the first filed rule and enjoin Defendants from proceeding with the subsequent, duplicative litigation in Maine. *Church of Scientology v. U.S. Dep't. of the Army*, 611 F.2d 738, 750 (9th Cir. 1979).

MU's failure to file papers responsive to Cheaptrips' application for injunctive relief should be deemed consent to granting the relief sought and reason for imposing the reasonable costs of this motion upon defendants. *Dist. Idaho Loc. Civ. R.* 7.1 (e).

## CONCLUSION

Based on the foregoing reasons and authorities, this court should enter an order deeming defendants failure to file required responsive papers as consent to the granting of Plaintiff's cross-motion for injunctive relief restraining MU from prosecuting the subsequent case in Maine federal court and imposing the costs of this motion upon Defendants.

RESPECTFULLY SUBMITTED and DATED this 9th day of September, 2009

Michael J. Kraynick, PLLC

By: Michael J. Kraynick
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on September 10, 2009 I filed the foregoing

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SANCTION

DEFENDANTS UNDER LOCAL RULE 7.1(E)

Electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully appears in the Notice of Electronic Filing:

dglynn@idalaw.com
Daniel Loras Glynn
Trout Jones Gedhill Fuhrman, P.A.
P.O. Box 1097
Boise, Idaho 83701
Fax: 208-331-1529

By: Michael J. Kraynick
Attorney for Plaintiff