Daniel Loras Glynn/ISB #5113
TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN ♦ GOURLEY, P.A.
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, Idaho  83701
Telephone:  208-331-1170
Facsimile:  208-331-1529

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SRE-CHEAPTRIPS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>STEPHEN J. SYLVAIN, an individual, and MARKETING UNLIMITED, LLC,<br><br>       Defendants. | Case No. 1:09-cv-00215-EJL<br><br>DEFENDANTS' STATUS REPORT |

Defendants, Stephen J. Sylvain and Marketing Unlimited, LLC, by and through their counsel of record, submit this Status Report, as requested by this Court in advance of the Status Conference to be held on Wednesday, April 6, 2011.

This matter arose in the context of parallel lawsuits between the parties with one filed by Sylvain and Marketing Unlimited, LLC in the Federal District Court for Maine and the instant action filed in this Court by SRE-Cheaptrips, Inc., both of which were filed on May 8, 2009. This Court denied Defendant's Motion to Transfer Venue to the Federal District of Maine on March 16, 2010. (Dkt. 20.)

Thereafter the parties engaged in settlement discussions whereby drafts of the settlement agreements were exchanged, which fact was reported to this Court. (Dkt. 22.)  Unfortunately, a

DEFENDANTS' STATUS REPORT – 1

settlement agreement was never executed between the parties and Defendants have been advised that SRE-Cheaptrips has been dissolved.  On April 4, 2011, Defendants' counsel discussed this matter with newly substituted counsel for Plaintiff with regard to the foregoing case history.

While Defendants' remain willing to execute the last version of the settlement agreement exchanged between the parties, the Defendants believe the best course of action would be for this Court to dismiss the action without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) in view of the Plaintiff's lack of prosecution.

DATED this 5th day of April, 2011.

TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN ♦ GOURLEY, P.A.


By:     /s/  Daniel Loras Glynn
             Daniel Loras Glynn, Of the Firm
             Attorney for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 5th day of April, 2011, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including but not limited to, the following

D. Blair Clark *dbc@dbclarklaw.com*
Law Offices of D. Blair Clark PLLC *mbblair@dbclarklaw.com*
1513 Tyrell Lane, Suite 130
Boise, ID 83706

   /s/ Daniel Loras Glynn
Daniel Loras Glynn