D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| **SRE-CHEAPTRIPS, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **STEPHEN J. SYLVAIN and MARKETING UNLIMITED, LLC,** <br><br> Defendants. | Case No. 09-CV-00215-EJL <br><br> **PLAINTIFF'S STATUS REPORT** |

COMES NOW Law Offices of D. Blair Clark PLLC, as attorney for Plaintiff, and submits the following status report:

1.	This action was brought in 2009.  There was also a similar action pending in Maine, as case 1:09-CV-235-JAW.

2.	The Maine Court dismissed that action without prejudice on March 25, 2010.  A copy of the Order in that case is attached.

3.	After review of the pleadings in that case and in this case, Plaintiff joins in the recommendation

PLAINTIFF'S STATUS REPORT– Page 1
\\WIN-11INLZVBZYI\Data\MB\mbwork\Blair\Cheap Trips\Sylvain\status report DBC.wpd

of the counsel for Defendants that this case be dismissed, without prejudice. The factors considered are:

    A.    The Maine Court's dismissal was also without prejudice.

    B.    SRE-Cheap Trips has filed for dissolution in both Idaho and Delaware. Copies of the same are attached.

    C.    The Plaintiff is insolvent and has no operations. It has no ongoing business. It has indicated in the Plan of Dissolution that its assets were to be acquired by FreeAirFares, Inc., but as yet, FreeAirFares, Inc., has not performed.

    D.    There is a substantial tax levy outstanding against SRE-Cheap Trips.

WHEREFORE, Plaintiff likewise recommends that this case be dismissed without prejudice.

Dated this 5th day of April, 2011.

                          LAW OFFICES OF D. BLAIR CLARK PLLC

                          by /s/ _____
                              D. Blair Clark

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2011, I caused to be served a true and correct copy of the foregoing by ECF, and addressed to the following:

        Daniel Loras Glynn, Attorney for Defendant
        dglynn@idalaw.com, kthomas@idalaw.com

/s/ D. Blair Clark
    D. Blair Clark

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


| | |
|---|---|
| MARKETING UNLIMITED LLC,<br>Plaintiff,<br><br>v.<br><br>SRE CHEAPTRIPS INC.,<br>Defendant. | )<br>)<br>)<br>) Civil No. 1:09-CV-235-JAW<br>)<br>)<br>) |

<u>JUDGMENT OF DISMISSAL</u>

Pursuant to the Order dated March 25, 2010, the plaintiff's complaint is dismissed without prejudice.

JUDGMENT of dismissal is hereby entered.

                                                      LINDA L. JACOBSON
                                                      CLERK


                                        By:   /s/Julie G. Walentine
                                                    Deputy Clerk

Dated: March 25, 2010

PAGE 1  **State of Delaware**    101161318

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

```
9782681                                              02-07-2011
D.B. CLARK LAW
1513 TYRELL LANE, STE 130
BOISE                    ID   83706

ATTN: KATE RAGSDALE
```

| DESCRIPTION | AMOUNT |
|---|---:|
| SRE-CHEAPTRIPS, INC. | |
| 2513037 | |
| Franchise Tax Paid by Agent | 400.00 |
| FILING TOTAL | 400.00 |
| SRE-CHEAPTRIPS, INC. | |
| 2513037   0275   Dissolution | |
| Filing Fee | 40.00 |
| Receiving/Indexing | 115.00 |
| Data Entry Fee | 5.00 |
| Court Municipality Fee, Wilm. | 20.00 |
| Surcharge Assessment-New Castle | 6.00 |
| Page Assessment-New Castle Count | 18.00 |
| FILING TOTAL | 204.00 |
| TOTAL CHARGES | 604.00 |
| TOTAL PAYMENTS | 400.00 |
| CHARGED TO ACCOUNT | 204.00 |

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:00 AM 12/07/2010
FILED 08:00 AM 12/07/2010
SRV 101161318 - 2513037 FILE

# STATE OF DELAWARE
# CERTIFICATE OF DISSOLUTION

Incorporated on 6/5/95

The corporation organized and existing under the General Corporation Law of the State of Delaware.

**DOES HEREBY CERTIFY AS FOLLOWS:**

The dissolution of said SRE-CHEAPTRIPS, INC.

has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 of the General Corporation Law of the State of Delaware.

The date the dissolution was authorized is AUGUST 31, 2010.

The following is a list of the names and addresses of the directors of the said corporation:

| NAME | ADDRESS |
|---|---|
| John P. Ferry | 1818 Old Cuthbert Road |
|  | PO Box 2036 |
| Dennis Ferry | Cherry Hill, NJ 08034 |
| Bruce McClenathan |  |

The following is a list of the names and addresses of the officers of the said corporation:

| NAME | OFFICE | ADDRESS |
|---|---|---|
| John P. Ferry, | President, | 1818 Old Cuthbert Road |
|  |  | PO Box 2036 |
|  |  | Cherry Hill, NJ 08034 |

By: _____
Authorized Officer

Name: John P. Ferry
Print or Type

Title: President

D. Blair Clark
LAW OFFICE OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Telephone: 208-475-2050
Fax: 208-475-2055
Attorneys for SRE-Cheaptrips, Inc.

| | |
|---|---|
| IN THE MATTER OF THE CORPORATE ) <br> LIQUIDATION AND DISSOLUTION OF ) <br> ) <br> ) <br> SRE-CHEAPTRIPS, INC. ) <br> ) <br> ) <br> ) <br> _____ ) | NOTICE TO CREDITORS <br> (Idaho Code §§30-1-1406–1407) |

     NOTICE IS HEREBY GIVEN that SRE-CHEAPTRIPS, INC., a Delaware corporation, and the holder of a duly issued Certificate of Authority by the Idaho Secretary of State, has filed Articles of Dissolution with the Secretary of State of the States of Delaware and Idaho.  The Corporation has further adopted a Plan of Dissolution and Liquidation, copy of which is submitted herewith.

     All persons having claims against the corporation are required by the terms of Idaho Code §30-1-1406, to present their claims within 121 days after the date of this Notice.  Claims not received by the deadline will be forever barred.  In case of rejection of such claim by the dissolved corporation, the claimant must commence a proceeding to enforce such claim within one hundred twenty days from the date of the rejection notice.  This Notice is also made pursuant to Delaware Code §280.  There have been no distributions to shareholders within the last three years.

     Claims must be presented to the undersigned attorney for the Corporation at the address indicated above.  Claims may be presented by mail or fax.

     DATED this 31st day of August, 2010.

                LAW OFFICE OF D. BLAIR CLARK PLLC


                _____
                D. Blair Clark

NOTICE TO CREDITORS--1

D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Telephone: 208-475-2050
Fax: 208-475-2055
Email: dbc@dbclarklaw.com
Attorneys for SRE-Cheaptrips, Inc.

| | |
|---|---|
| IN THE MATTER OF THE LIQUIDATION AND DISSOLUTION OF<br><br>SRE-CHEAPTRIPS, INC.<br>EIN # 84-1217140, DE 2513037, ID C179797<br><br>_____ | )<br>)<br>)<br>)<br>) PLAN OF LIQUIDATION<br>) AND DISSOLUTION<br>)<br>) |

     SRE-CHEAPTRIPS, INC., ("Company") having voted to file Articles of Dissolution of the Company with the Secretary of State of each Delaware and Idaho, hereby adopts the following Plan of Liquidation and Dissolution pursuant to Idaho Code §30-1-1401 et seq., and Delaware Code §281.

*Article I  Classes of Claims*

     **Class I: Administrative Expenses.** All expenses of administration, including legal fees and costs, advances for operating expenses during the period of liquidation and winding up, and reasonably necessary operating expenses arising after the date hereof will be paid.

     **Class II: Claims of Taxing Authorities.** These claims are the pre-dissolution claims of taxing creditors, including the Internal Revenue Service. Management asserts that there are substantial tax claims due and owing, which by law have priority over claims of other creditors.

     **Class III: General Unsecured Claims.** These creditors are the general unsecured claims of Company and the unsecured balance of claims owed to any partially secured creditors. Management believes that no secured claims exist.

PLAN OF LIQUIDATION--1

*ARTICLE II   Provisions for Satisfying Claims of Creditors*

Claims will be satisfied in the following manner:

**Class I: Administrative Expenses**  All allowed priority claims of attorneys and other professionals; all funds advanced by shareholders, third parties or otherwise to fund the liquidation and dissolution of the company; and all unpaid operating expenses accruing after filing of the Articles of Dissolution  will be paid.

**Class II:  Priority Claims of Taxing Authorities.** These creditors will receive payments pro rata after satisfaction of Class I claims, until fully paid.   Should the payments be insufficient to retire these claims, then any remaining tax claims may be satisfied as provided by law.  This includes potential, although unknown, liabilities owing to the Internal Revenue Service, the State of New Jersey, and perhaps others.

**Class III:  Unsecured claims without priority**  These claims  will receive, pro-rata, all assets and proceeds thereof after prior classes are paid.  This class includes any claims of executory contract holders

THEREAFTER, all shareholders shall be paid pro-rata, according to their stock ownership.

NO CREDITOR OR OTHER PARTY  NOT SPECIFICALLY PROVIDED FOR HEREIN, WILL RECEIVE ANY CASH OR OTHER DIVIDEND BY VIRTUE OF THIS PLAN, WHATSOEVER.

*ARTICLE III Execution and Implementation of the Plan*

A.  Upon filing of Articles of Dissolution, the businesses and assets of the company and/or its affiliates shall be sold.  The proposed purchaser is Freeairfare.com LTD, a Delaware corporation.  The purchase price for the assets shall be the sum of $200,000.00, which is the fair market value thereof as determined by the Officers of the Company.  Each Class above  will receive payment of its claim on the terms and in the amounts provided for in Article II.

B. The Officers of this Company shall sell such business and all assets used in connection therewith on approval of the Officers and Directors.  Proceeds will be held with the Company or under its control pending allowance of claims.

C.  Pursuant to the Delaware and Idaho statutes, notices will be sent to all creditors of this company, and funds will be distributed based on allowed claims.

PLAN OF LIQUIDATION--2

A summary of the terms of the agreement between Freeairfare.com LTD and the Company is as follows:

1. PRICE: $200,000.00

2. TERMS: Interest only at 3% per annum, paid quarterly, with first payment due six months from date.  Full payment of all principal and interest due five years from date.  In addition, Freeairfare.com LTD will pay 3% of net income per month as a royalty, defined as income remaining after deductions for refunds, declines and credit card chargebacks.  This payment shall continue for the same five year period as the interest is due.

    Freeairfare.com LTD shall acquire all assets of the Company, including equipment, contract rights as it shall accept and assume, and membership/customer lists.  Freeairfare.com LTD shall not be responsible for any of the liabilities of the Company except those liabilities which are considered as operating costs relating to the performance of executory contracts, should Freeairfare.com LTD determine to perform them.  Executory contracts which are not accepted and assumed shall be deemed rejected and the contracting party shall have a claim against the Company.  Freeairfare.com LTD shall have 90 days after the date of this Plan to determine which contracts it shall assume and accept.

3. OTHER: Freeairfare.com LTD will pay the sums owing to the Company, which will handle all disbursements to creditors.  Freeairfare.com LTD is not assuming the unsecured debts of the Company.  Freeairfare.com LTD is assuming the membership lists and all servicing obligations with respect to those memberships.  Freeairfare.com LTD is not responsible for payment of members' refunds, as those are liabilities of the Company.

### *ARTICLE IV Modification of Plan*

The Members will monitor this Plan until fully consummated, including but not limited to the following purposes:

PLAN OF LIQUIDATION--3

   A. Classification of the claim of any creditor and the re-examination of the claims which have been allowed, and the determination of such objections as may be filed to the creditors' claims.  The failure by the Management to object or examine any claim for the purposes of voting shall not be deemed a waiver of the Management's right to object to any claim at the time of distribution, in whole or in part.

   B. Determination of all questions and disputes regarding the title of the assets of the Company, and determination of all causes of action, controversies, disputes, or conflicts, whether or not subject to action pending as of the date of dissolution, between the Company and any other party.

   C. The correction of any defect, the incurring of any omission, or the reconciliation of any inconsistency in this Plan or order of confirmation as may be necessary to carry out the purposes and intent of this Plan.

   D. The modification of this Plan pursuant to State or Federal law as the Directors deem necessary.

   E. To enforce and interpret the terms and conditions of this Plan.

   DATED this 18th  day of August, 2010.

              SRE-CHEAPTRIPS, INC.


              _____
              John P. Ferry, President

ACCEPTED:


_____
for Freeairfare.com LTD

PLAN OF LIQUIDATION--4